# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-cv-124-DSC

| | |
|---|---|
| MIRANDA C. BAILEY, | : |
| Plaintiff, | : |
| v. | : |
| CUTTING EDGE PIZZA, L.L.C., | : |
| Defendant, | : |
| And | : |
| CUTTING EDGE PIZZA, L.L.C., | : |
| Third Party Plaintiff, | : |
| v. | : |
| DARRYL A. CAPLE, | : |
| Third Party Defendant. | : |

## ORDER GRANTING AWARD OF REASONABLE ATTORNEYS' FEES

**THIS MATTER** is before the Court on the Court's October 16, 2012 "Order Granting Defendant's Motion to Compel." Doc. 29. In that Order, the Court ordered Plaintiff to pay to Defendant the reasonable expenses incurred in obtaining the Order, including Defendant's attorneys' fees, and directed that such amount would be established by the Court after reviewing an affidavit submitted by Defendant's counsel. The Affidavit of Jennifer M. Miller was filed on October 19, 2012. Doc. 30.

The Court has carefully examined the Affidavit and finds that reasonable attorneys' fees be allowed in the amount of $1,530.00.

**SO ORDERED.**                    Signed: October 19, 2012

David S. Cayer
United States Magistrate Judge